

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00677-CV

**IN THE INTEREST OF K.K.M.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08818
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed: March 6, 2013

DISMISSED FOR LACK OF JURISDICTION

The underlying lawsuit is a suit affecting the parent-child relationship. Appellant seeks to appeal from temporary orders and an order on a motion for alternative service. Appellee has filed a motion to dismiss for lack of jurisdiction.

The Texas Family Code expressly precludes an interlocutory appeal from a trial court's temporary orders. *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2008). There is no statutory authority for an appeal from a family law order providing for alternative service. *See CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011) (holding, absent statute authorizing interlocutory appeal, appellate courts generally have jurisdiction only over final judgments). Therefore, on January 10, 2013, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.

On January 24, 2013, appellant filed a response that did not address our jurisdiction over the three orders her notice of appeal stated she wished to appeal. Instead, appellant's response alleged: (1) an order denying "the motion to vacate by the Honorable Justice Martha Tanner" was final and appealable; (2) the order denying a "second motion to vacate by the Honorable Judge Sol Casseb" was final and appealable; and (3) "the order granting sanctions by the Honorable Judge Rene McElhaney" was final and appealable. In the alternative, appellant asked that she be allowed to amend her pleadings "to constitute a Writ of Mandamus." We granted appellant's request, and on February 15, 2013, appellant filed a petition for writ of mandamus with this court in cause number 04-13-00123-CV.

Because the challenged orders are not appealable and because appellant has since filed a petition for writ of mandamus, we grant appellee's motion to dismiss and dismiss this appeal for lack of jurisdiction.


PER CURIAM